No. 496, Misc.   BIRD *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 499, Misc.   WYATT *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 500, Misc.   KOALSKA *v.* SWENSON, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 501, Misc.   HOLZAPPLE *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 502, Misc.   PUFF *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Eugene H. Nickerson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 503, Misc.   NEAL *v.* UTAH.   Supreme Court of Utah.   Certiorari denied.

No. 504, Misc.   RIZZI *v.* NEW YORK, BY JACKSON, WARDEN.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Samuel A. Hirshowitz* and *Theodore P. Halperin,* Assistant Attorneys General, for respondent.

No. 512, Misc.   ROLLO ET AL. *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 514, Misc.   JONES *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.